# Order

**Supreme Court**
**Lansing, Michigan**

September 29, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127487 & (30)(31)


CONCERNED CITIZENS OF ACME
TOWNSHIP,
          Plaintiff-Appellee,

v

ACME TOWNSHIP, ACME TOWNSHIP
BOARD OF TRUSTEES, and ACME
TOWNSHIP PLANNING COMMISSION,
          Defendants-Appellees,

and

VILLAGE AT GRAND TRAVERSE, L.L.C.,
          Intervening Defendant-Appellant.

SC: 127487
COA: 256403
Grand Traverse CC: 03-023264-CH

_____/

On order of the Court, the motions to extend time to file reply briefs are GRANTED. The application for leave to appeal the October 15, 2004 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2005

_____
Clerk

p0926